```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION
```

```
IN RE: PAUL L HAGLE                      )
                                         )
Bank of America, NA as successor by      )
merger to BAC Home Loans Servicing, L.P. )
           Creditor,                     )
                                         )
    vs.                                  ) CASE NO. 11B11660
                                         ) JUDGE A. Benjamin Goldgar
PAUL L HAGLE,                            )
           Debtor                        )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Bank of America, NA as successor by merger to BAC Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the September 2011 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of December 19, 2011:

   a. Attorney's Fees            $250.00
   b. Payments (9/11 – 1/12
   c. Late Charges               $259.45
   d. Escrow Shortage           ($577.66)
   e. Suspense                ($3,508.95)

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice rights to collect these amounts will be unaffected.

Respectfully Submitted,

/s/Toni Dillon
Toni Dillon ARDC#6289370
Pierce and Associates, P.C.

```
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088
```